1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioner United States of America

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,              )   Case No. 1:11-cv-00431-LJO-SMS
                                          )
12                  Petitioner,           )
                                          )   **ORDER ADOPTING MAGISTRATE**
13      v.                                )   **JUDGE'S FINDINGS AND**
                                          )   **RECOMMENDATIONS AND**
14                                        )   **ENFORCING I.R.S. SUMMONS**
   VANESSA LARA-DAVILA,                   )
15                                        )
                    Respondent.           )
16 _____       )

17

18      The United States here petitions for enforcement of an I.R.S. summons.  The

19 matter was placed before United States Magistrate Judge Sandra M. Snyder under 28

20 U.S.C. § 636 *et seq.* and Local Rule 73-302.

21      The Verified Petition to Enforce Internal Revenue Service Summons initiating this

22 proceeding seeks to enforce an administrative summons, attached as Exhibit A to the

23 Petition.  The summons aids of Revenue Officer Lorena Ramos' investigation of

24 Vanessa Lara-Davila, as sole proprietor of Si Se Puede Auto Sales, to determine financial

25 information relevant to the IRS's efforts to collect Employer's Annual Federal

26 Unemployment Tax (Form 940) for the tax year ending December 31, 2008; as well as to

27 collect Employer's Federal Quarterly Tax (Form 941) for the tax periods ending March

28 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, and March 31, 2009.

On March 29, 2011, Magistrate Judge Snyder issued an Order to Show Cause, ordering the respondent, Vanessa Lara-Davila, to show cause why the I.R.S. summons issued to her on February 11, 2010, should not be enforced.  The Petition, Points and Authorities, and Order to Show Cause were personally served upon Respondent. Respondent did not file a written response.

The matter went before Magistrate Judge Snyder for hearing on May 13, 2011. Yoshinori H. T. Himel appeared for petitioner, and investigating Revenue Officer Lorena Ramos was present.  Respondent appeared along with her accountant, Olga Hernandez. Respondent had partially complied with the summons just before the hearing, and she agreed to comply with the summons fully.  Magistrate Judge Snyder filed Findings and Recommendations on May 27, 2011, recommending enforcement.  Neither side filed objections to the Magistrate Judge's findings and recommendations.

This Court reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304.  This Court is satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, that there is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution, and that the requested and unopposed summons enforcement should be granted.  Accordingly, it is hereby ORDERED as follows:

1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed May 27, 2011, are ADOPTED IN FULL.

2.  The I.R.S. summons issued to respondent, Vanessa Lara-Davila, as sole proprietor of Si Se Puede Auto Sales, is ENFORCED.

3.  Respondent, Vanessa Lara-Davila, is ORDERED to appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721, before Revenue Officer Lorena Ramos, or her designated representative, 21 days after of the issuance of this order, or at a time and date to be set in writing by Revenue Officer Ramos, then and there to be sworn, to give testimony, and to produce for examining and copying the books,

///

checks, records papers and other data demanded by the summons, the examination to continue from day to day until completed.

     4.  The court retains jurisdiction for further proceedings should they become necessary.

     IT IS SO ORDERED.

**Dated:**  **June 10, 2011**         **/s/ Lawrence J. O'Neill**
                             UNITED STATES DISTRICT JUDGE