# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-0431 LJO SMS |
| Petitioner, | **ORDER TO CLOSE ACTION** (Doc. 13.) |
| vs. | |
| VANESSA LARA-DAVILA, | |
| Respondent. / | |

Given the absence of further matters before this Court, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   August 23, 2011**                    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

1